

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00309-CV

---

In re Jessika Reza, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## JUDGMENT

The Court has considered this cause on Relator's petition for writ of mandamus and concludes that the petition should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 14th day of November 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.